UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGITA DORNAY, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>KING COUNTY SHERIFF, *et al.*,<br><br>  Defendants. | Case No. C05-0909L<br><br>ORDER GRANTING MOTION TO STAY AND REMOVING CASE FROM ACTIVE CASELOAD |

This matter comes before the Court on defendants' motion for a temporary stay of the proceedings to allow defendants to seek relief from the automatic stay provisions of 11 U.S.C. § 362(a) in plaintiff's bankruptcy action pending in United States Bankruptcy Court, Western District of Washington Case No. 05-24832. Plaintiffs filed a response stating that they do not object to the stay. Accordingly, the motion for a stay (Dkt. #46) is GRANTED. This case is STAYED pending resolution of the issues in the bankruptcy proceedings.

It is hereby ORDERED that this action shall be removed from the Court's active caseload until further application by the parties or order of this Court. The Clerk of the Court is directed to enter a statistical termination in this case. The termination is entered

ORDER REMOVING CASE
FROM ACTIVE CASELOAD - 1

1 solely for the purpose of removing this case from the Court's active calendar. The parties
2 shall, within fifteen days of the Bankruptcy Court's ruling on defendants' motion for a
3 stay, submit a joint report in this case notifying the Court of the outcome of the motion
4 and their opinions regarding whether the case should remain stayed or be reopened.

6        DATED this 10th day of March, 2006.


                                    _____
                                    Robert S. Lasnik
                                    United States District Judge

ORDER REMOVING CASE
FROM ACTIVE CASELOAD - 2